**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | | |
|---|---|---|
| TODD MCELROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAVANNAH TECHNICAL | ) | Case No. CV416-206 |
| COLLEGE and THE EQUAL | ) | |
| EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Todd McElroy has filed an Americans with Disabilities Act case against Savannah Technical College (STC) and The Equal Employment Opportunity Commission (EEOC).[1] Doc. 1. The Court preliminarily screened his case and found pleading deficiencies that

---

[1] He alleges that

> STC refused to hire him because he is deaf. He attached the job description for an Admissions Coordinator position which states that "[t]he ability to hear and understand at a normal conversational level is [a] required" physical demand of the job. The Court presumes (McElroy never says) that he either applied for the position and was denied or was denied an application in the first place (he at one point states that "deaf people can't get the applications for new jobs because of required hearing for all jobs"). Beyond that, McElroy pleads no factual allegations.

*McElroy*, 2016 WL 3509488 at * 1 (cites omitted).

required an amended complaint.[2]  Doc. 3.

McElroy has timely submitted a new filing, but it includes no new factual allegations.  Instead, he's attached a photo of computers and other devices that allow deaf people to operate phone systems (that's a "best guess" because of low photocopy quality), and copies of Communications Act and 21st Century Communications and Video Accessibility Act provisions, as well as ADA-implementing regulations for effective communication.  Doc. 4 at 7-16.  None of those speaks to the fundamental factual defects in his Complaint that the Court highlighted and ordered him to address.

The Court warned McElroy that his Complaint in its current form faced dismissal for failure to state a claim.  Doc. 3 at 6.  His attempt to amend, as noted above, did nothing to fix its shortcomings.  Hence, Todd McElroy's ADA Complaint should be **DISMISSED WITH PREJUDICE.**

---

[2]  He pled nothing to show that the position he says STC refused to consider him for "is one that can reasonably accommodate" his disability (deafness), nor did his Complaint "include anything beyond his own conclusions suggesting that STC's job advertisement misrepresented the position's duties."  Doc. 3 at 5.

**SO REPORTED AND RECOMMENDED**, this __22nd__ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA