IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TODD MCELROY,               )
                            )
    Plaintiff,              )
                            )
v.                          )   CASE NO. CV416-206
                            )
SAVANNAH TECHNICAL COLLEGE  )
and U.S. EQUAL EMPLOYMENT   )
OPPORTUNITY COMMISSION;     )
                            )
    Defendants.             )
                            )

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA